LAWRENCE G. BROWN
Acting United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

MAR 1 0 2009

CLERK, U.S. COURT
EASTERN DISTRICT CALIFORNIA
BY _____ DEPUTY DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )        1:09-MJ-00044 GSA
                                   )
              Plaintiff,           )
                                   )        [PROPOSED] ORDER FOR DISMISSAL
     v.                            )        OF COMPLAINT WITHOUT PREJUDICE
                                   )
HECTOR RAUL ALVARANGA-RETANA,      )
                                   )
              Defendant.           )
_____)

     Pursuant to the motion by the United States, IT IS HEREBY

ORDERED that the Complaint filed herein be dismissed against

defendant HECTOR RAUL ALVARANGA-RETANA without prejudice and in the

interest of justice.

DATED:  3|10|09

                              _____
                              HONORABLE GARY S. AUSTIN
                              United States Magistrate Judge